JDPA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -3 PM 1:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
KNH DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Marvin RAMOS-Madrid,** Defendant | Magistrate Docket No. '08 MJ 2711 <br> COMPLAINT FOR VIOLATION OF: <br> Title 8, U.S.C., Section 1326 <br> Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **September 2, 2008** within the Southern District of California, defendant, **Marvin RAMOS-Madrid,** an alien, who previously had been excluded, deported and removed from the United States to **Guatemala**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sean Braud
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 3rd DAY OF **SEPTEMBER, 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

ADA 9/2/08 KNH

 JDPA

**CONTINUATION OF COMPLAINT:**
**Marvin RAMOS-Madrid**

## PROBABLE CAUSE STATEMENT

On September 2, 2008, Border Patrol Agent S. Simon was parked in near Dulzura, California, when he heard sounds of branches and rocks falling coming across Taku Road and State Route 94 (SR94). This area approximately seven miles west of the Tecate, California Port of Entry and four miles north of the United States/ Mexico International Border. Agent Simon scanned the area where he heard the noise, using a thermal imaging device. Agent Simon observed several individuals attempting to hide behind some boulders, he then approached the individuals, identified himself as a Border Patrol Agent and attempted to conduct an immigration inspection on the individuals. At that time the group absconded and after a lengthy foot chase Agent Simon apprehended thirteen individuals of the group. Agent Simon again identified himself as a Border Patrol Agent and performed and immigration inspection on the individuals. Ten individuals admitted to being citizens and nationals of Mexico, one admitted to being a citizen and national of Honduras, one admitted to being a citizen and national of Guatemala and one individual, later identified as the defendant **Marvin RAMOS-Madrid** admitted to being a citizen and national of Guatemala and stated that he did not possess any immigration documents allowing him to be or remain in the United States legally. At approximately 3:45 A.M., the thirteen individuals, including the defendant were arrested and transported to the Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Guatemala** on **July 27, 2007** through **Chicago, Illinois.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.